UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>MAYER ROSNER,<br><br>Defendant. | 19 CR 497-02 (NSR)<br><br>SCHEDULING ORDER |

NELSON S. ROMÁN, United States District Judge:

The in-person Faretta Hearing for the above Defendant is scheduled for February 18, 2021 at 10:30 am in Courtroom 218.

SO ORDERED.

Dated: February 11, 2021
White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2021