# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plain*

**MEMO ENDORSED**

July 9, 2021

BY ECF, EMAIL AND MAIL
The Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Mayer Rosner**
**SI 2 19 Cr. 497-02**

Dear Judge Roman:

This letter is to inform the Court that as stand-by counsel for Mr. Mayer Rosner I have been advised that he does not waive his appearance for the currently scheduled pretrial conference on July 16, 2021. During a video conference with Mr. Rosner on July 7, 2021 he further advised me that he objects to any conference relating to his case without his physical presence in the Courtroom and requests an in court appearance at the Court's earliest convenience.

Respectfully submitted,

*Susanne Brody*
Susanne Brody
Standby Counsel for
Mr. Mayer Rosner

---

Both *pro se* Defendants Nachman Helbrans (01) and Mayer Rosner (02) informed the Court by letter, through their stand-by counsel, that they will not waive their physical appearance at the scheduled July 16, 2021 Status teleconference. Therefore, the July 16 2021 Status Conf. is adjourned until Sept. 13, 2021 at 11:00 am or, alternatively, Sept. 14, 2021 at 3:00 pm for an in-person Status Conf. for *pro se* Defendants Nachman Helbrans (01) and Mayer Rosner (02) and represented Defendant Aron Rosner (03). Stand-by counsel are directed to mail a copy of this endorsement to their respective *pro se* Defendant and file proof of service on the docket.

Dated: July 15, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2021