```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

   -against-

NACHMAN HELBRANS and MAYER ROSNER,

                     Defendants.

S3 19-CR-497-01 (NSR)
S3 19-CR-497-02 (NSR)

ORDER REGARDING
DEFENSE EXPERTS ON
MEXICAN AND
GUATEMALAN LAW

---

NELSON S. ROMÁN, United States District Judge:

By email from a third party early this morning, October 15, 2021, Defendants notified the Court that they intend to present testimony from experts on Mexican and Guatemalan laws concerning marriage and sexual relations involving minors. On October 8, 2021, the Government filed affidavits from its own experts on the same topics. (ECF No. 376.)

Defendants are directed to provide similar affidavits from their proposed expert witnesses. **These expert affidavits MUST be provided to the Court and to the Government by 5:00PM on Tuesday, October 19, 2021.** This is a FIRM deadline because the Court anticipates that preliminary instructions and opening statements could take place as early as Wednesday, October 20, 20211.

Standby counsel for *pro se* Defendants Helbrans and M. Rosner are directed to provide a copy of this order to their respective Defendants and to file proof of service on the docket.

Dated:   October 15, 2021
           White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge