USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

United States of America,

vs.

Mayer Rosner,

           Defendant.

------------------------------------------------------x

**ORDER**

19 CR 497-02 (NSR)

To:    U.S. Marshals Service Southern District of New York
         300 Quarropas Street, White Plains, New York

Upon the application of defendant, Mayer Rosner, and upon all proceedings previously had herein, it is hereby:

**ORDERED** that defendant, Mayer Rosner, transported to MDC, #86441-054, be permitted to receive non-prison clothing at the U.S. Marshals Service Office, SDNY White Plains, for trial, testimony scheduled to begin on March 19, 2024. He is permitted to have the following clothing to wear in court during the trial:

1 Kaftan (robe with blue and grey stripes)
2 long white shirts
2 pants
1 Black yarmulke
2 Brown head shawls
1 pair of black shoes
2 pair of socks
1 Gartel (similar to soft belt, white and black stripes)

Dated: White Plains, New York
        March 18, 2024

                                          SO ORDERED:

                                          _____
                                          NELSON S ROMÁN,
                                          U.S. District Judge
                                          United States District Court
                                          Southern District of New York